# United States Bankruptcy Court

District Of _____Illinois_____

In re __Me_____,
         Debtor

Case No. 07-71987

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $_____ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__   Check one  ☐ With the filing of the petition, or
                            ☒ On or before __Sept 22, 07__
   $ __68.50__   on or before __10/22/07__
   $ __68.50__   on or before __11/22/07__
   $ __68.50__   on or before __12/22/07__

   * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____    _[signature]_  Aug 22/07
Signature of Attorney   Date      Signature of Debtor   Date
                                  (In a joint case, both spouses must sign.)

_____  _____    _[signature]_  8/22/07
Name of Attorney                  Signature of Joint Debtor (if any)   Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 22 2007

KENNETH S. GARDNER, CLERK
BY_____
      DEPUTY CLERK

# United States Bankruptcy Court
## _____ District Of ____Illinois____

In re __[signature]_____,  
　　　　　　Debtor

Case No. _____ _____ _____

Chapter **13**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐　IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐　IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ **68.50** _ Check one ☐ With the filing of the petition, or  
　　　　　　　　　　　☐ On or before **Sept 22, 07**

$ **68.50** _ on or before **Oct 22, 07**

$ **68.50** _ on or before **Nov 22, 07**

$ **68.50** _ on or before **Dec 22, 07**

☐　IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER  
Clerk of the U.S. Bankruptcy Court

Date **August 23 2007**

_____  
United States Bankruptcy Judge